# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

1434238

UNITED STATES OF AMERICA )
)
v. )
)
GONZALEZ-Villa, Joel )
)

| WARRANT ISSUED ON THE BASIS OF: | Magistrate's Case No. 08 MJ 0078 |
|---|---|
| ☐ Failure to Appear   ☐ Order of Court<br>☐ Indictment          ☐ Information<br>x Complaint | **WARRANT FOR ARREST** |
| To:<br>Any U.S. Marshal or other authorized officer | NAME AND ADDRESS OF PERSON TO BE ARRESTED<br>GONZALEZ-Villa, Joel<br>99 Sherwood Street<br>Chula Vista, California 91911 |
| DISTRICT OF ARREST: | CITY OF ARREST: |

**YOU ARE HEREBY COMMANDED** To arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below

### DESCRIPTION OF CHARGES

Title 8, United States Code, Section 1326 -- "Deported Alien Found in U.S."

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>Title 8 | SECTION<br>1326 |
|---|---|---|
| BAIL<br>to be addressed in Court at 1st appearance | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY<br>[signature] | | DATE ORDERED<br>1/10/08 |
| CLERK OF COURT/U.S. MAGISTRATE | BY<br>[signature] | DATE ISSUED<br>1/10/08 |
| | RETURN | |

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON.

| DATE RECEIVED<br>1/10/08 | NAME AND TITLE OF ARRESTING OFFICER<br>Michael HAYNES<br>Special Agent<br>ICE | SIGNATURE<br>Michael Haynes |
|---|---|---|
| DATE EXECUTED<br>1/16/08 | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed

CLASS II 'J'        ICE        0301